393 A.2d 1293

Maslanka et ux., Appellants, v. Ross Township et al.
(two cases).

Argued April 12, 1978.   John Edward Wall, for appellants at No. 787;  Arthur R. Gorr, for appellant at No. 815;  Gerald S. Lesher, for appellee, White Oak Apartments;  Lisle A. Zehner, for appellee, Ross Township.

Order affirmed.

PRICE and SPAETH, JJ., would remand for further hearing.

HESTER, J., did not participate in the consideration or decision of this case.